THE NASSAU TRUST COMPANY OF THE CITY OF BROOKLYN, as Executor of and Trustee under the Will of LUR WINTJEN, Deceased, Appellant, *v.* GEORGE WINTJEN et al , Respondents, and MARGARET MAISELBACH et al., Appellants.

*Nassau Trust Co. of Brooklyn* v. *Wintjen*, 142 App. Div. 899, affirmed.
(Argued February 23, 1912; decided March 8, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered December 14, 1910, which affirmed a judgment of Special Term construing the will of Lur Wintjen deceased.

*W. C. Percy* for plaintiff, appellant.

*Marshal Stearns* for defendants, appellants.

*Sidney H. Swezey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.